# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TAUBMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>HEDGEPETH, Warden,<br><br>　　　　　Respondent. | Case No. CV 12-8233-DOC (LAL)<br><br>**ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Final Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

　　　　Petitioner's Objections to the Report and Recommendation generally lack merit for the reasons set forth in the Final Report and Recommendation. In addition, although Petitioner is not entitled to file objections to the Final Report and Recommendation, the Court notes that it has considered Petitioner's objections filed on June 22, 2015 and July 31, 2015, and finds they lack merit.

///

Accordingly, IT IS ORDERED THAT:

1. The Final Report and Recommendation is approved and accepted;
2. Judgment by entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Final Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.[1] Thus, the Court declines to issue a certificate of appealability.

DATED: November 30, 2015  _____
    HONORABLE DAVID O. CARTER
    UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. § 2253; Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003).