JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TAUBMAN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>HEDGEPETH, Warden,<br><br>　　　　　　Respondent. | Case No. CV 12-8233-DOC (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 30, 2015

　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE